1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL M. WARD,                        No.  2:25-CV-02827-DC-DMC

12                    Plaintiff,

13        v.                                 ORDER

14   MERCY MEDICAL CENTER REDDING,
     et al.,
15
                     Defendants.
16

17              Plaintiff, who is proceeding pro se, brings this civil action.  Pending before the

18   Court is Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2.  Plaintiff's

19   complaint, and service thereof by the United States Marshal if appropriate, will be addressed

20   separately.  The Clerk of the Court shall not issue summons or set this matter for an initial

21   scheduling conference unless specifically directed by the court to do so.

22              Plaintiff has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that

23   Plaintiff is unable to prepay fees and costs or give security therefor.

24              Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to

25   proceed in forma pauperis, ECF No. 2, is granted.

26   Dated:  October 15, 2025

27                                       _____
                                         DENNIS M. COTA
28                                       UNITED STATES MAGISTRATE JUDGE

                                            1